UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KEVIN McCoy
-vs-
JAX. TRANS. AUTH
(J.T.A)

CASE # 3:17-CV-379-J-32JRK

## THIRD AMENDED COMPLAINT

Per order of this Honorable Court issued May 9th, 2017 Plaintiff now files this their Third amended complaint

### 1

The Road manager who filed the paperwork accusing Plaintiff of being on drugs - disliked Plaintiff before this happened as she is white and Plaintiff is African-American - That is racial discrimination

This court is empowered to handle discrimination cases - Further Defendant is a Government Agency Discrimination of any kind is illegal

2017 MAY 23 AM 10:10
CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

DEFENDANT NATHANIEL FORD WHO IS THE CEO OF JAX TRANS AUTH KNEW WHAT WAS GOING ON AS HE IS REQUIRED TO SIGN OFF ON THE DOCUMENTS

PLEASE NOTE MR FORD WAS FIRED FROM OTHER TRANSIT COMPANIES IN SAN DIEGO, SAN FRANSICO, CHICAGO, NEW YORK, AND ATLANTA — IN ATLANTA MR FORD WAS ALSO FOUND GUILTY OF FRAUDULENT USE OF FEDERAL GRANT MONEY BY THE DIST. COURT IN ATLANTA PLUS HE WAS FOUND GUILTY OF 2 COUNTS OF SEXUAL HARRASSMENT

AS A DIRECT RESULTS OF THE ACTIONS OF MR FORD THIS COURT CAN ORDER A JUDGEMENT AGAINST DEFENDANT NATHANIEL FORD — AS MR FORD DID KNOWINGLY AND WILLFULLY WITH MALICUS INTENT DID IN FACT BREAK FEDERAL LAW

3

The DRIVER's UNION DID IN fact refuse to HELP PLAINTIFF with any kind of INTERNAL HEARING - It has BEEN SINCE uncovered The UNION ATTORNEY KEN KURT IS NOT LICENSED TO PRACTICE LAW IN THE STATE OF FLORIDA - THE FLORIDA BAR IS CURRENTLY PURSUING charges for UNLICENSED PRACTICE OF LAW

DEFENDANT NATHANIEL FORD HAD Knowledge of KEN KURT's ILLEGAL LAW WORK AND HIRED KEN KURT TO ACT AS A UNION ATTORNEY -

This a GROUND for ISSUING A Judgement AGAINST JAX. TRANS. AUTH. AND MR. FORD

AS DEFENDANT IS A GOVERNMENT AGENCY STATE COURT IS NOT THE PROPER COURT TO FILE ANY CASE IN - HOWEVER ALL U.S. DISTRICT COURTS HAVE JURISDICTION OVER GOVERNMENT AGENCIES

5

LASTLY NATHANIEL FORD MADE FLYERS WITH PLAINTIFF'S PHOTO ON IT - THEN PRINTED ON THE FLYER THAT PLAINTIFF WAS DESTROYING PROPERTY AND FOR ANY ONE SEEING PLAINTIFF ON PROPERTY TO CALL POLICE - PLAINTIFF NEVER DID ANY OF THAT - NATHANIEL FORD IS ALSO STATING THAT PLAINTIFF IS ON DRUGS - PLAINTIFF HAS NEVER USED ANY DRUGS OF ANY KIND EVER

Wherefore Plaintiff now respectfully asks this Honorable Court to grant relief asked for in original complaint

X [signature]
SIGNATURE

X 5-23-17
DATE