UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KEVIN MCCOY,

    Plaintiff,

v().                                                  Case No.   3:17-cv-379-J-32JRK

JACKSONVILLE
TRANSPORTATION AUTHORITY,
(JTA),

    Defendant.

_____

**O R D E R**

This case is before the Court on pro se Plaintiff Kevin McCoy's Application to Proceed In District Court Without Prepaying Fees or Costs (Doc. 2). On June 29, 2017, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 14) recommending that the Application be denied, the case be dismissed without prejudice, and the Clerk be directed to terminate any pending motions and to close the file.

No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); M.D. Fla. R. 6.02(a).

Upon <u>de novo</u> review and for the reasons stated in the Report and Recommendation (Doc. 14), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 14) is **ADOPTED** as the opinion of the Court.

2. Plaintiff Kevin McCoy's Application to Proceed In District Court Without Prepaying Fees or Costs (Doc. 2) is **DENIED**.

3. The case is **DISMISSED without prejudice**.

4. The Clerk shall terminate any pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida the 24th day of July, 2017.

TIMOTHY J. CORRIGAN
United States District Judge

sj
Copies to:

Honorable James R. Klindt
United States Magistrate Judge

<u>Pro se</u> Plaintiff